KYO/LM 2021R00196

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * CRIMINAL NO. CCB 21cr 494 |
| v. | * |
| | * (Murder-for-Hire Conspiracy, |
| DAQUANTE THOMAS | * 18 U.S.C. § 1958(a); Use of Interstate |
| a/k/a "Glock," | * Commerce Facilities in the Commission of |
| JOURDAIN LAROSE, | * Murder-for-Hire, 18 U.S.C. § 1958(a); Use |
| a/k/a "JBlacc," and | * of a Firearm During Crime of Violence |
| TYRIK BRAXTON | * Resulting in Death, 18 U.S.C. § 924(c) & |
| a/k/a "Son-Son," | * (j); Aiding & Abetting, 18 U.S.C. § 2; |
| | * Forfeiture Allegations, 18 U.S.C. § 924(d), |
| Defendants. | * 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. 2461(c)) |

***

## INDICTMENT

### COUNT ONE
(Murder-for-Hire Conspiracy)

The Grand Jury for the District of Maryland charges that:

At all times relevant:

1.   Defendants **DAQUANTE THOMAS**, a/k/a "Glock" (hereinafter "**THOMAS**"), born 2002, and **TYRIK BRAXTON**, a/k/a "Son-Son" (hereinafter "**BRAXTON**"), born 1996, were residents of Baltimore, Maryland. Defendant **JOURDAIN LAROSE** a/k/a "JBlacc" (hereinafter "**LAROSE**"), born in 1995, was a resident of Ellicott City, Maryland.

2.   **LAROSE** was a member of the "Crips," a criminal street gang.

3.   **LAROSE** trafficked controlled substances.

4.   On or about October 4, 2020, Victim Juan Ross, age 23, was shot and killed in the area of Basket Ring Road in Columbia, Maryland. Juan Ross sustained multiple gunshot wounds to the head.

5.   On or about September 5, 2020, approximately a month before his murder, Juan Ross was arrested on drug and weapon charges but released on bail after being interviewed by police.

1

6. On or about September 9, 2020, Juan Ross posted an Instagram Live video to his Instagram account. The video showed Juan Ross seated in a car parked outside an attorney's office in Greenbelt, Maryland. When **LAROSE** joined the live conversation on Instagram, he and Juan Ross appeared to engage in the following exchange:

| | |
|---|---|
| Juan Ross: | Homeboy I'm where the confidential informants be, just so you know get that address it's a confidential informant address…it's the building right here my boy, my pussy boy, my bitch boy, fake ass Crip niggas, fuck off my damn live, fuck off my live man fo real. |
| **LAROSE:** | I heard u was talking crazy I jus wanna hear it out yo mouth. |
| Juan Ross: | You just heard it out of my mouth buddy. You were talking crazy nigga. Don't never say I am a rat nigga. You know way better than that boy. Only I can talk because big bro is gone. |

Later, **LAROSE** sent Juan Ross text messages accusing him of being an informant.

## The Charge

7. Beginning on or about September 9, 2020, the exact date unknown to the Grand Jury, and continuing through on or about October 4, 2020, in the District of Maryland, the defendants,

**DAQUANTE THOMAS**
a/k/a "Glock,"
**JOURDAIN LAROSE,**
a/k/a "JBlacc," and
**TYRIK BRAXTON**
a/k/a "Son-Son,"

did knowingly and willfully combine, conspire, confederate, and agree with one another, and with others known and unknown to the Grand Jury, to use and cause another to use a facility of interstate commerce with intent that a murder be committed in violation of the laws of any State or the United States as consideration for the receipt of, and as consideration for a promise and agreement to pay, anything of pecuniary value, which offense resulted in the death of Juan Ross.

### Object of the Conspiracy

8. The object of the conspiracy was to kill Juan Ross.

### Manner and Means of the Conspiracy

9. It was part of the conspiracy that **LAROSE** solicited others, known and unknown to the Grand Jury, to kill Juan Ross.

10. It was further part of the conspiracy that **THOMAS, BRAXTON**, and others known and unknown to the Grand Jury, accepted payment from **LAROSE** as consideration for agreeing to kill Juan Ross.

11. It was further part of the conspiracy that **THOMAS, LAROSE, BRAXTON**, and others known and unknown to the Grand Jury, utilized cellular telephones to contact one another and to contact others to plan, discuss and report on the murder of Juan Ross.

12. It was further part of the conspiracy that **THOMAS, LAROSE, BRAXTON**, and others known and unknown to the Grand Jury, utilized automobiles to meet with one another, to locate Juan Ross and to get to, and escape from, the location where Juan Ross was murdered.

13. It was further part of the conspiracy that **THOMAS, LAROSE, BRAXTON**, and others known and unknown to the Grand Jury, planned for the Juan Ross's murder and executed a plan that resulted in Juan Ross's death.

### Acts in Furtherance of the Conspiracy

14. On or about September 10, 2020, **LAROSE** wrote to Juan Ross: "stop tellin nigga we beefing bout a bitch , i ain't even beefing wit ya lil ass i was just letting it be known i think you keep getting locked up & getting out yea right."

15. On or about September 12, 2020, **LAROSE** provided a gun to Conspirator 1 for the purpose of killing Juan Ross.

16. On or about September 13, 2020, **LAROSE** saved **BRAXTON's** contact information in his cellular telephone under the name "Lil Ty."

17. On or about September 18, 2020, **LAROSE** texted Conspirator 1 a photo of Juan Ross.

18. On or about September 22, 2020, LAROSE texted Conspirator 1: "Ard bro i gave you my bread and my bippy bro I'm seeing wassup bro that's all Dummy niggas askin me shit and i got answer dummy."

19. On a date prior to October 4, 2020, when Conspirator 1 had not yet murdered Juan Ross, **LAROSE** solicited **BRAXTON** to do the hit instead.

20. On or about October 3, 2020, **BRAXTON** enlisted **THOMAS** and Conspirator 2 to kill Juan Ross for **LAROSE.**

21. On or about October 3, 2020, **THOMAS** and **BRAXTON** exchanged text messages about the address where Juan Ross could be found.

22. On or about October 4, 2020, at or about 10:55 a.m., **THOMAS** drove a Honda Crosstour to meet up with **BRAXTON** in Baltimore, Maryland.

23. On or about October 4, 2020, at or about 12:18 p.m., **THOMAS** and **BRAXTON** left Baltimore for Columbia, Maryland in the Honda Crosstour to find Juan Ross.

24. On or about October 4, 2020, at or about 1:56 p.m., **BRAXTON, THOMAS,** and Conspirator 2 drove to the area of Basket Ring Court in Columbia, Maryland for the purpose of locating and killing Juan Ross.

25. On or about October 4, 2020, at or about 2:07 p.m., **BRAXTON, THOMAS** and Conspirator 2 drove together to a Walgreens Drug Store on Twin Knolls Road, in Columbia, Maryland.

26. On or about October 4, 2020, at or about 2:38 p.m., **THOMAS** and Conspirator 2 shot and killed Juan Ross and drove away together.

4

27. On or about October 4, 2020, at or about 5:21 p.m., **BRAXTON** texted **LAROSE** that he had something important to discuss, and **LAROSE** told **BRAXTON** to Facetime him.

28. On October 7, 2020, **BRAXTON** texted **LAROSE**, "It's going to be hot as shit out here" to which **LAROSE** responded, "It already is bro."


18 U.S.C. § 1958(a)

------------

## COUNT TWO
### (Use of Interstate Commerce Facilities in the Commission of Murder-for-Hire)

The Grand Jury for the District of Maryland further charges:

1. The allegations contained in Paragraphs 1 through 6 and 14 through 28 of Count One are incorporated here.

2. Beginning at least in or about September 9, 2020, and continuing through on or about October 4, 2020, in the District of Maryland, the defendant,

**JOURDAIN LAROSE,**
a/k/a "JBlacc,"

did use and cause another to use a facility of interstate commerce, to wit: his cellular telephone, with intent that a murder be committed in violation of the laws of any State and the United States as consideration for the receipt of, and as consideration for a promise and agreement to pay, anything of pecuniary value, which offense resulted in the death of Juan Ross.

18 U.S.C. § 1958(a)
18 U.S.C. § 2

## COUNT THREE
### (Use of Interstate Commerce Facilities in the Commission of Murder-for-Hire)

The Grand Jury for the District of Maryland further charges:

1. The allegations contained in Paragraphs 1 through 6 and 14 through 28 of Count One are incorporated here.

2. On or about October 3, 2020, in the District of Maryland, the defendants,

**DAQUANTE THOMAS,**
a/k/a "Glock," and
**TYRIK BRAXTON**
a/k/a "Son-Son,"

did use and cause another to use a facility of interstate commerce, to wit: a cellular telephone, with intent that a murder be committed in violation of the laws of any State and the United States as consideration for the receipt of, and as consideration for a promise and agreement to pay, anything of pecuniary value, which offense resulted in the death of Juan Ross.

18 U.S.C. § 1958(a)
18 U.S.C. § 2

## COUNT FOUR
### (Use of Interstate Commerce Facilities in the Commission of Murder-for-Hire)

The Grand Jury for the District of Maryland further charges:

1. The allegations contained in Paragraphs 1 through 6 and 14 through 28 of Count One are incorporated here.

2. On or about October 4, 2020, in the District of Maryland, the defendants,

**DAQUANTE THOMAS,**
a/k/a "Glock," and
**TYRIK BRAXTON**
a/k/a "Son-Son,"

did use and cause another to use a facility of interstate commerce, to wit: a Honda Crosstour, with intent that a murder be committed in violation of the laws of any State and the United States as consideration for the receipt of, and as consideration for a promise and agreement to pay, anything of pecuniary value, which offense resulted in the death of Juan Ross.

18 U.S.C. § 1958(a)
18 U.S.C. § 2

## COUNT FIVE
### (Use and Discharge of a Firearm During a Crime of Violence)

The Grand Jury for the District of Maryland further charges:

1. The allegations contained in Paragraphs 1 through 6 and 14 through 28 of Count One are incorporated here.

2. On or about October 4, 2020, in the District of Maryland, the defendants,

**DAQUANTE THOMAS,**
a/k/a "Glock,"
**JOURDAIN LAROSE,**
a/k/a "JBlacc," and
**TYRIK BRAXTON,**
a/k/a "Son-Son,"

did knowingly use and carry and discharge a firearm, and aid and abet the use and carry and discharge of a firearm, to wit, a 9 mm handgun and a .40 caliber handgun, during and in relation to a crime of violence for which a defendant may be prosecuted in a court of the United States, that is, the offenses alleged in Counts One through Four of this Indictment, and in committing said offenses, caused the death of a person through the use of a firearm and the killing was murder as defined in Title 18, United States Code, Section 1111.

18 U.S.C. § 924(c)(1)(A)
18 U.S.C. § 924(j)
18 U.S.C. § 2

## FORFEITURE ALLEGATION

The Grand Jury for the District of Maryland further finds that:

1. Pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, notice is hereby given to the defendant that the United States will seek forfeiture as part of any sentence in accordance with 18 U.S.C. §§ 924(d) and 981(a)(1)(C), and 28 U.S.C. § 2461(c), as a result of the defendants' convictions.

### Firearms Forfeiture

2. Pursuant to Title 18, United States Code, Section 924(d), upon convictions of the offenses alleged in Counts One through Five of the Indictment, the defendants shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in the offenses.

### Murder-for-Hire Forfeiture

3. Pursuant to Title 18, United States Code, Section 981(a)(1)(C), upon convictions of the offenses alleged in Counts One through Four of the Indictment, the defendants shall forfeit to the United States any property, real or personal, which constitutes or is derived from proceeds traceable to the offenses.

18 U.S.C. § 924(d)
18 U.S.C. § 981(a)(1)(C)
28 U.S.C. § 2461(c)

*Erek L. Barron /KYO*
Erek L. Barron
United States Attorney

A TRUE BILL:
**SIGNATURE REDACTED**
FOREPERSON

12/15/2021
Date